## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ANGELA GOODMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| **THE HOUSING AUTHORITY OF** | ) | |
| **DEKALB COUNTY AND EUGENE** | ) | |
| **WALKER in his official capacity as** | ) | |
| **Its Executive Director** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF REMOVAL

COMES NOW, Defendant The Housing Authority of DeKalb County and

Eugene Walker in his official capacity as its Executive Director, by and through

undersigned counsel, and respectfully files this Notice of Removal to remove to this

Honorable Court an action initiated against them by Plaintiff in the Superior Court

of DeKalb County, Georgia pursuant to the provisions of 28 U.S.C. §§ 1332. In

support hereof, Defendants show this Honorable Court as follows:

1.

The action is removable to Federal District Court pursuant to 28 U.S.C. §§

1332 based upon federal question jurisdiction as this case involves laws of the

United States and specifically, Section 8 of the U.S. Housing Act of 1937, 42 U.S.C. § 1437f .

2.

On January 31, 2017, Plaintiff Angela Goodman filed the action styled Civil Action No. 17CV1816 in the Superior Court of DeKalb County, Georgia.

3.

In accordance with 28 U.S.C. §§ 1446(a), a copy of the complaint and all pleadings filed in the Superior Court of DeKalb County is attached hereto as Exhibit "A".

4.

In accordance with 28 U.S.C. §§ 1446(d), Defendants have given Angela Goodman prompt written notice and has filed a separate Notice of Removal with the Clerk of Superior Court of DeKalb County, Georgia contemporaneously with the filing of this Notice. A copy of the aforementioned Notice is attached hereto as Exhibit "B".

**WHEREFORE**, Defendants pray that said action be removed to this Honorable Court.

Respectfully submitted this 10th day of February, 2017


/s/ James E. Dearing, Jr.
JAMES E. DEARING, JR.
Attorney for Defendants
Georgia Bar No.215090


**JAMES E. DEARING, JR. P.C.**
730 Peachtree Street, N.E. Suite 460
Atlanta, Georgia 30308
tel (404) 870-0010; fax (404) 870-0008


/s/ Catherine Gibson McCauley
CATHERINE GIBSON MCCAULEY
Attorney for Defendants
Georgia Bar No.141342


**THE GIBSON LAW FIRM, LLC**
1708 Briarcliff Road, NE
Atlanta, Georgia 30306
tel (404) 733-6700; fax (404) 733-6007

## FONT CERTIFICATION

The undersigned counsel hereby certifies that this document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

Respectfully submitted this 10th day of February, 2017.

/s/ James E. Dearing, Jr.
JAMES E. DEARING, JR.
Attorney for Defendants
Georgia Bar No.215090

**JAMES E. DEARING, JR. P.C.**
730 Peachtree Street, N.E. Suite 460
Atlanta, Georgia 30308
tel (404) 870-0010; fax (404) 870-0008

/s/ Catherine Gibson McCauley
CATHERINE GIBSON MCCAULEY
Attorney for Defendants
Georgia Bar No.141342

**THE GIBSON LAW FIRM, LLC**
1708 Briarcliff Road, NE
Atlanta, Georgia 30306
tel (404) 733-6700; fax (404) 733-6007

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **ANGELA GOODMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| **THE HOUSING AUTHORITY OF** | ) | |
| **DEKALB COUNTY AND EUGENE** | ) | |
| **WALKER in his official capacity as** | ) | |
| **Its Executive Director** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF REMOVAL** has

been served upon the following by causing a copy of the same to be electronically

filed with the Clerk of Court using CM/ECF system:

Lindsey M. Siegel, Esquire
Jessica D. Felfoldi, Esquire
Atlanta Legal Aid Society, Inc.
246 Sycamore Street, Suite 120
Decatur, Georgia 30030

/s/ James E. Dearing, Jr.
JAMES E. DEARING, JR.
Attorney for Defendants
Georgia Bar No.215090

**JAMES E. DEARING, JR. P.C.**
730 Peachtree Street, N.E. Suite 460
Atlanta, Georgia 30308
tel (404) 870-0010; fax (404) 870-0008

<u>/s/ Catherine Gibson McCauley</u>
CATHERINE GIBSON MCCAULEY
Attorney for Defendants
Georgia Bar No.141342

**THE GIBSON LAW FIRM, LLC**
1708 Briarcliff Road, NE
Atlanta, Georgia 30306
tel (404) 733-6700; fax (404) 733-6007