IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA GOODMAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-00504-TWT |
| HOUSING AUTHORITY OF : | |
| DEKALB COUNTY and EUGENE : | |
| WALKER in his official capacity as its : | |
| Executive Director, : | |
| : | |
| Defendants. : | |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL

Pending before the Court was Plaintiff's Motion for an Order to Compel Discovery Responses and Disclosures under Fed. R. Civ. P. 26(a). Defendant did not file a response to Plaintiff's Motion. The Court originally scheduled a hearing for October 24, 2017, but postponed the hearing because Defendant's counsel produced documents that same day responsive to Plaintiff's requests.

The Court rescheduled the hearing for November 30, 2017 at Plaintiff's request because Plaintiff alleged that she had not received complete responses. Both parties appeared for the hearing. Having considered the matter, the Court grants Plaintiff's Motion to Compel.

-1-

The Court FINDS that Defendant has not fully responded to Plaintiff's Interrogatories Nos. 12 and 13, and Plaintiff's Request for Production No. 2.

Defendant is ORDERED to respond fully to the Interrogatories and Request enumerated above within 21 days of this Order.

This 5th day of December, 2017.

                                            **/s/Thomas W. Thrash**
                                            Hon. Thomas W. Thrash, Jr.
                                            Chief United States District Judge

Prepared by:
Lindsey M. Siegel (#730072)
Attorney for Plaintiff

Atlanta Legal Aid Society, Inc.
246 Sycamore Street, Suite 120
Decatur, GA 30030
Phone:     (770) 817-7522
Fax:       (404) 377-2349
lmsiegel@atlantalegalaid.org