IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA GOODMAN,<br><br>   Plaintiff,<br><br>  v.<br><br><br><br>THE HOUSING AUTHORITY OF<br>DEKALB COUNTY, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:17-CV-504-TWT |

**ORDER**

This is an action under the Fair Housing Act. It is before the Court on the Plaintiff's First Motion for Attorneys Fees [Doc. 52]. The Defendant's failure to fully and completely respond to the Plaintiff's discovery requests was not substantially justified. The Plaintiff was forced to file a Motion to Compel and the Court held a hearing and granted the motion. The request for $3,750.00 is reasonable in amount. The Plaintiff's First Motion for Attorneys Fees [Doc. 52] is GRANTED in the amount of $3,750.00.

SO ORDERED, this 31 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Goodman\attyfees.wpd