VUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANGELA GOODMAN,

          Plaintiff,

vs.

THE HOUSING AUTHORITY OF
DEKALB COUNTY and EUGENE
WALKER,
          Defendants.

CIVIL ACTION FILE

NO. 1:17-cv-00504-TWT

**J U D G M E N T**

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of Plaintiff's *Motion for Attorney Fees*, and the court having GRANTED said motion, it is

**Ordered and adjudged** that ANGELA GOODMAN recover from THE HOUSING AUTHORITY OF DEKALB COUNTY and EUGENE WALKER  in the amount of $3,750.00.

Dated at Atlanta, Georgia this 31st day of January, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jennifer Lee
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   January 31, 2018
James N. Hatten
Clerk of Court
By:   s/Jennifer Lee
      Deputy Clerk