IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANGELA GOODMAN, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-00504-TWT |
| HOUSING AUTHORITY OF | : | |
| DEKALB COUNTY and EUGENE | : | |
| WALKER in his official capacity as its | : | |
| Executive Director, | : | |
| | : | |
|     Defendants. | : | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff ANGELA GOODMAN, by and through her attorneys (Atlanta Legal Aid Society), files this Motion for Partial Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure as to liability under her First, Second, Third, and Fifth Claims against Defendants Housing Authority of DeKalb County and Eugene Walker in his official capacity as Executive Director (collectively, "Housing Authority"). In support of her Motion, Ms. Goodman states as follows:

    1.    The Housing Authority's actions in terminating Ms. Goodman's participation in the Housing Choice Voucher Program (commonly known as the "Section 8 program") violated the Due Process Clause of the Fourteenth Amendment to the United States Constitution because they failed to provide her

1

the opportunity to cross-examine witnesses against her, improperly shifted the burden of proof onto her, and terminated her assistance without sufficient evidence to show good cause under the United States Housing Act of 1937, 42 U.S.C. § 1437 *et seq.*, and its implementing regulations. Ms. Goodman is entitled to redress for their violation under 42 U.S.C. § 1983.

2. The Housing Authority's actions in terminating Ms. Goodman's participation in the Voucher Program violated Ms. Goodman's rights under the Due Process Clause of the Georgia Constitution, Art. I, § 1, ¶ 1 because they failed to provide her the opportunity to cross-examine witnesses against her, improperly shifted the burden of proof onto her, and terminated her assistance without sufficient evidence to show good cause under the United States Housing Act of 1937, 42 U.S.C. § 1437 *et seq.*, and its implementing regulations.

3. There is no genuine issue of material fact that the Housing Authority is liable on Ms. Goodman's Due Process claims. She is entitled to judgment on those claims as a matter of law.

4. Ms. Goodman has established all of the elements of a procedural Due Process claim. She has a protected property interest in her participation in the Section 8 program.  The Housing Authority, acting under color of law, deprived Ms. Goodman of her property interest in her Section 8 subsidy when she had a

legitimate expectation of continued participation. The Housing Authority denied Ms. Goodman due process when it terminated her from the Section 8 program without a meaningful hearing or good cause.

5. Ms. Goodman incorporates her (1) Local Rule 56.1 Statement of Material Facts in Support of her Motion for Summary Judgment and (2) Brief in Support of Angela Goodman's Motion for Summary Judgment.

6. For all of these reasons, as set forth in Ms. Goodman's Statement of Material Facts and her Brief, Ms. Goodman respectfully requests that her Motion for Partial Summary Judgment be granted and judgment entered in her favor as to liability and declaratory relief. Ms. Goodman requests a separate hearing to address the issue of damages.

Respectfully submitted this 20th day of February, 2018.

*/s/ Lindsey M Siegel*
Lindsey M. Siegel (Ga Bar No. 730072)
*/s/ Jessica D. Felfoldi*
Jessica D. Felfoldi (GA Bar No. 442858)
*/s/ Charles R. Bliss*
Charles R. Bliss (GA Bar No. 063385)
Attorneys for Plaintiff

Atlanta Legal Aid Society, Inc.
246 Sycamore Street, Suite 120
Decatur, GA 30030
Phone: (770) 817-7522 (Siegel)
(770) 817-7529 (Felfoldi)
(404) 614-3988 (Bliss)

Fax:       (404) 377-2349
lmsiegel@atlantalegalaid.org
jdfelfoldi@atlantalegalaid.org
crbliss@atlantalegalaid.org

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that Plaintiff's Motion for Partial Summary Judgment has been prepared in Times New Roman (14 point) font, as approved by the Court in L.R. 5.1.B.

This 20th day of February, 2018.

                                        */s/* Lindsey M. Siegel
                                        Lindsey M. Siegel (Ga Bar No. 730072)

## CERTIFICATE OF SERVICE

I certify that on this day a true and correct copy of Plaintiff's Motion for Partial Summary Judgment was sent through the electronic filing system to the following counsel of record for Defendants:

Catherine Gibson McCauley, Esq.
1708 Briarcliff Road, NE
Atlanta, GA 30306
Telephone:  (404) 733-6700
Facsimile:   (404) 733-6007

James E. Dearing, Esq.
730 Peachtree Street, NE, Suite 560
Atlanta, GA 30308
Telephone:  (404) 870-0010
Facsimile:   (404) 870-0008

This 20th day of February, 2018.

                                        */s/* Lindsey M. Siegel
                                        Lindsey M. Siegel (Ga Bar No. 730072)