IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANGELA GOODMAN

       Plaintiff(s)

v.

HOUSING AUTHORITY OF
DEKALB COUNTY, et al

       Defendant(s)

CIVIL ACTION NO.
1:17cv504-TWT

## O R D E R

The parties having announced that the above case is settled, the Court directs

the Clerk to administratively close the case.  The parties shall execute the

settlement documents and file the dismissals consistent within 30 days of entry of

this order.

SO ORDERED, this 1st day of  November, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE