# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ANGELA GOODMAN,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO.** |
| | **:** | **1:17-CV-00504-TWT** |
| | **:** | |
| **HOUSING AUTHORITY OF** | **:** | |
| **DEKALB COUNTY and EUGENE** | **:** | |
| **WALKER in his official capacity as its** | **:** | |
| **Executive Director,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Angela

Goodman and Defendants Housing Authority of DeKalb County and Eugene

Walker stipulate that all claims in the above-captioned lawsuit asserted by Plaintiff

are dismissed.

This 6th day of December, 2018.

> */s/*Lindsey M. Siegel
> Lindsey M. Siegel
> Georgia Bar No. 730072
> Jessica D. Felfoldi
> Georgia Bar No. 442858
> Atlanta Legal Aid Society, Inc.
> 246 Sycamore Street, Suite 120

-1-

Decatur, Georgia 30030

(770) 817-7522 (telephone)
(404) 377-2349 (facsimile)
lmsiegel@atlantalegalaid.org
jdfelfoldi@atlantalegalaid.org

Attorneys for Plaintiff



*/s/*Catherine Gibson, w/ express
permission
Catherine Gibson
Georgia Bar No. 141342
1708 Briarcliff Road, NE
Atlanta, GA 30306
cgibson@thegibsonlawfirm.com

James E. Dearing
Georgia Bar No. 215090
730 Peachtree Street, NE, Suite 560
Atlanta, GA 30308
jdearing@jed-law.com

Attorneys for Defendants